IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, | * | |
| AND MECHANICAL VENTILATOR PRODUCTS | | Master Docket: Misc. No. 21-mc-1230- JFC |
| LITIGATION | * | MDL No. 3014 |
| This Document Relates to: Claribel Pérez-Pérez v. Kaninklijke Philips | * | |
| Case No. 22-CV-01103-ADC (D.P.R.) | | |

_____

MOTION FOR LEAVE TO FILE SHORT FORM COMPLAINT

COMES NOW, Plaintiffs, ("Plaintiff or "Plaintiffs"), by and through counsel, and moves this Court for leave to file Short Form Complaint. In support thereof, Plaintiff states:

1. This case was initially filed in the United States District Court for the District of Puerto Rico in February 2022.

2. Pursuant to a Conditional Transfer Order the Plaintiff's case was transferred and joined in a multidistrict litigation suit (MDL No. 3014) in this Court in March 2022.

3. In order to proceed with litigation in the multidistrict litigation suit, each individual Plaintiff had to complete a short form complaint .

4. Plaintiff's counsel has completed the short form complaint.

5. Plaintiff's counsel filed the short form complaint in the Plaintiff's original docket. See attached hereto as Exhibit A

6. Plaintiff's counsel then uploaded this filed stamped version onto the MDL Centrality Portal.

7. In good faith, Plaintiff's counsel was under the impression that the order stating to file the short form complaint in the "individual case docket" applied to claims filed after the Order.

8. It was not until the Plaintiff's counsel received an email from the Plaintiffs Steering Committee on March 12, 2023, that this mistake was realized.

9. Plaintiff's counsel hereby offers his sincere excuses to this Honorable Court for the inadvertence.

WHEREFORE, Plaintiff prays to be granted leave to file his Short Form Complaint in both -JFC and (MDL No. 3014).

Respectfully submitted.

In San Jua, this 12th of March, 2023.

I hereby certify that this document was filed and notified though the CM/ECF system.

s/EMILIO F. SOLER
**EMILIO F. SOLER**
**USDC-PR 205914**
Cobians Plaza Bldg. Suite 209
1607 Ponce de Leon Av.
San Juan, Puerto Rico 00909
Tel. (787) 533-5343
easmfsr@gmail.com